# United States Court of Appeals
## For the First Circuit

Nos. 19-1491, 19-2060

IN RE: JEDRICK BURGOS AMADOR,

Respondent, Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

ERRATA SHEET

The opinion of this Court issued on April 2, 2024 is amended as follows:

On page 4, line 16, "the a" is replaced with "the"